# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE:   DOUGLAS L. MICKO |
| v. | U.S. Magistrate Judge |
| Vance Luther Boelter, | |
| Defendant. | |

Case No:         25-mj-376 JFD
Date:            June 27, 2025
Court Reporter:  Caitlin Albrecht
Courthouse:      St. Paul
Courtroom:       Devitt Courtroom
Time Commenced:  11:06 a.m.
Time Concluded:  11:13 a.m.
Time in Court:   7 minutes

X **PRELIMINARY/DETENTION HRG**

Time in Court Prelim/Det: 3 minutes/4 minutes

APPEARANCES:

Plaintiff: Harry Jacobs, Matthew Forbes and Bradley Endicott, Assistant U.S. Attorney
Defendant:  Manny Atwal
             X FPD

On      X Complaint

Defense counsel motions for continuance of the preliminary hearing under Rule 5.1(d) and the detention hearing under 18:3142(f). Motion GRANTED.
The detention and preliminary hearing have been continued to Thursday, July 3, 2025 at 2:30 p.m. before Magistrate Judge Douglas L. Micko in Edward J. Devitt Courtroom, Warren E. Burger Federal Building and U.S. Courthouse, Saint Paul, Minnesota.

Additional Information:
-Defendant consents to have the preliminary hearing outside the 14-day continuance.

_____s/*aln*_____
Signature of Courtroom Deputy