# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** <br> BEFORE: DOUGLAS L. MICKO <br> U.S. Magistrate Judge |
| v. <br> Vance Luther Boelter, <br> Defendant. | Case No: 25-mj-376 JFD <br> Date: July 3, 2025 <br> Court Reporter: Lynne Krenz <br> Courthouse: St. Paul <br> Courtroom: Devitt Courtroom <br> Time Commenced: 2:28 p.m. <br> Time Concluded: 2:35 p.m. <br> Time in Court: 7 minutes |

X **PRELIMINARY HEARING**     X **DETENTION HEARING**
   Time in Court Prelim/Detention: 3 minutes/4 minutes

APPEARANCES:

   Plaintiff: Bradley Endicott, Daniel Bobier, Harry Jacobs, Matthew Forbes - Assistant U.S. Attorneys
   Defendant: Manny Atwal
            X FPD

On    X Complaint

X Defendant waives the right to the detention hearing.
X Defendant Ordered Detained. Government to submit proposed order.

X Defendant waives the right to the preliminary hearing.
X Probable cause found. Defendant bound over to District Court of Minnesota.

                                                                    *s/nah*
                                                        Signature of Courtroom Deputy