## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 25-cr-00272 (JRT/DJF) |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| Vance Luther Boelter, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Designate Case as Complex Under the Speedy Trial Act (ECF No. 26) ("Motion"). The Motion asks the Court to designate this case as complex under the Speedy Trial Act, exclude time from the Speedy Trial Act calculations in this case, and enter an order that continues the motion hearing date and enlarges the pretrial filing deadlines in this case. (*Id.*)

The Court held an arraignment and case management conference on August 7, 2025, during which Mr. Boelter was arraigned on the charges and the parties presented their positions on the government's Motion and the pretrial schedule. The government requested a continuance of 60 days from the date of the hearing to make its Rule 16 disclosures, with commensurate continuances of the other pretrial deadlines. Mr. Boelter, through his counsel, did not object to the government's requests.

Based on Motion, the parties' representations during the hearing, and the entire record, the Court granted the government's request for a complex case designation. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court further found that the ends of justice served by granting a continuance outweighed the best interests of the public and Mr. Boelter in a speedy trial. Accordingly, the

period of time from **July 15, 2025,** the prior motions deadline, **through January 15, 2026,** was excluded from the Speedy Trial Act computations in this case.

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS FURTHER ORDERED** that the pretrial deadlines set forth in the Court's July 15, 2025 Scheduling Order (ECF No. 21), are **STRICKEN** and the following deadlines shall govern as follows:

1. Government counsel must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **October 6, 2025**.

2. Defense counsel must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **October 14, 2025**.

3. A Status Conference will be held on **November 12, 2025 at 10:00 a.m. in Courtroom TBD,** United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, to discuss the progress of discovery and any necessary modifications or additions to the pretrial deadlines.

4. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **January 12, 2026**.

5. **Counsel must electronically file a letter on or before January 12, 2026, if no motions will be filed and there is no need for hearing**.

6. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **February 11, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **February 17, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

8. The motions hearing currently scheduled for **September 12, 2025 at 2:00 p.m.** is **CANCELED**.

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a. The United States makes timely disclosures and Mr. Boelter identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

10. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **February 20, 2026 at 10:00 a.m.**, in **Courtroom TBD**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

11. Trial and trial-related dates will be set by separate Order.

**IT IS SO ORDERED**.

Dated:  August 7, 2025            *s/ Dulce J. Foster*
                                  DULCE J. FOSTER
                                  United States Magistrate Judge