# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CRIMINAL STATUS CONFERENCE

| | |
|---|---|
| United States of America, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: Dulce J. Foster<br>U.S. Magistrate Judge |
| v. | Case No: 25-cr-272 (JRT/DJF)<br>Date: November 12, 2025<br>Venue: Minneapolis<br>Courtroom 8E |
| Vance Luther Boelter, | Court Reporter: Janell Gruber<br>Time: 10:00 A.M. – 10:11 A.M. |
| Defendant. | Total Time: 11 Minutes |

**APPEARANCES:**

For Plaintiff: Harry Jacobs, Bradley M. Endicott, Daniel Bobier, Matthew D. Forbes - Assistant U.S. Attorneys

For Defendant: Manvir K. Atwal, Kimberly Sharkey – Federal Defenders
Defendant: Vance Luther Boelter

**PROCEEDINGS:**

The Court held a status conference to discuss the progress of discovery, the pretrial schedule and the timing of the Government's notice regarding whether it will seek the death penalty.

Defendant moved to extend the deadline to file pretrial motions. For the reasons stated on the record, the Court **GRANTED** Defendant's motion. At the parties' request, the Court scheduled another status conference to further discuss case progress and the timing of the Government's death penalty notice. Written Order amending the pretrial schedule and setting the status conference to follow.

☒ ORDER TO BE ISSUED   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Date: November 12, 2025                     /s *Daniel Caballero*
                                                                Law Clerk