# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CRIMINAL STATUS CONFERENCE

United States of America,

          Plaintiff,

v.

Vance Luther Boelter,

          Defendant.

## COURT MINUTES - CRIMINAL
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 25-cr-272 (JRT/DJF) |
| Date: | April 17, 2026 |
| Venue: | Minneapolis |
| | Courtroom 8E |
| Court Reporter: | Rachel Braun |
| Time: | 10:04 A.M. – 10:16 A.M. |
| Total Time: | 12 Minutes |

**APPEARANCES:**

For Plaintiff: Matthew D. Forbes - Assistant U.S. Attorney

For Defendant: Manvir K. Atwal, Ryan Norwood – Federal Defenders
Defendant: Vance Luther Boelter

**PROCEEDINGS:**

The Court held a status conference to discuss the progress of discovery, the pretrial schedule and the timing of the Government's notice regarding whether it will seek the death penalty.

Defendant moved to extend the deadline to file pretrial motions. For the reasons stated on the record, the Court **GRANTED** Defendant's motion. Written Order amending the pretrial schedule to follow.

☒ ORDER TO BE ISSUED    ☐ NO ORDER TO BE ISSUED    ☐R&R TO BE ISSUED   ☐NO R&R TO BE ISSUED

☐ Exhibits retained by the Court    ☐ Exhibits returned to counsel

Date: April 17, 2026                 /s *Daniel Caballero*
                                Law Clerk