**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                      Case No: 25-cr-0272 (JRT/DJF)

        Plaintiff,

                                    **ORDER ON ORAL MOTION FOR**
v.                                                      **EXTENSION OF DEADLINES**

Vance Luther Boelter,

        Defendant.

This matter is before the Court on Defendant Vance Luther Boelter's motion ("Motion"), heard by the Court at the April 17, 2026 Status Conference, requesting an extension of time to file pretrial motions. The Motion seeks to extend the May 11, 2026 pretrial motions filing deadline to September 25, 2026, to continue the motions hearing, and to exclude time from the Speedy Trial Act calculations in this case. As grounds for the requested continuance, defense counsel stated that the timing of the Government's notice as to whether it will seek the death penalty will determine which motions will be necessary. Defense counsel further stated that discovery is voluminous and additional time is needed to review it. The Government did not object to the requested extension.

During the hearing, the Government acknowledged that United States Attorney Dan Rosen has not yet submitted his recommendation to the Department of Justice Capital Review Committee regarding whether to seek the death penalty in this case. The Government further stated his recommendation is expected to be submitted "within days" of today's date and estimated that it would not be prepared to file the required death notice until sometime around Labor Day. In addition, the parties noted that discovery is ongoing, the Government has

continued to produce discovery materials as Government counsel becomes aware of them—with the latest production occurring about a week ago, and that there is a very large volume of videos and similar media that defense counsel must review with the Defendant before he will be prepared to file pretrial motions.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for extension of time to file pretrial motions is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **September 25, 2026**.

2. **Counsel must electronically file a letter on or before September 25, 2026, if no motions will be filed and there is no need for a hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **October 9, 2026**, in accordance with Local Rule 12.1(c)(3)(A).

4. Any Responsive Notice of Intent to Call Witnesses must be filed by **October 13, 2026**, in accordance with Local Rule 12.1(c)(3)(B).

5. The motions hearing currently scheduled for **June 3, 2026 at 9:30 a.m.** is **CANCELED**.

6. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

   a. The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

   b. Oral argument is requested by either party in its motion, objection or response pleadings.

7. If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **October 16, 2026 at 9:30 a.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

8. Trial and trial-related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the supporting documents.  Accordingly, the period of time from **May 11, 2026,** the prior motions deadline, through **September 25, 2026,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.


Dated: April 17, 2026                     *s/ Dulce J. Foster*
                                          DULCE J. FOSTER
                                          United States Magistrate Judge

3