

# U.S. Department of Justice

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN 55415* | |

April 22, 2026

The Hon. Dulce J. Foster
United States District Court
 for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415

Dear Judge Foster:

Pursuant to the Court's April 17, 2026 order (ECF No. 41), I write to provide notice that the U.S. Attorney has submitted his recommendation regarding the death penalty to the Assistant Attorney General for the Criminal Division.

The review process will continue in accordance with Department policy. *See* Justice Manual § 9-10.130.

        Respectfully submitted,

        DANIEL N. ROSEN
        United States Attorney

        */s/ Matthew D. Forbes*
        Bradley M. Endicott
        Matthew D. Forbes
        Assistant U.S. Attorneys