**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,

v.

**Criminal No. 25-CR-272 (JRT/DJF)**

VANCE LUTHER BOELTER,
Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X )Ad Prosequendum ( )Ad Testificandum

Name of Detainee: Vance Luther Boelter
Detained at (custodian): Hennepin County Jail

The government is requesting the U.S. MARSHALS to transport detainee.

Detainee is: a.) ( X) charged in this district by: Indictment
Charging Detainee With: Stalking/Murder of Melissa Hortman
or b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) (X ) return to the custody of detaining facility upon termination of this proceeding
or b.) ( ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on September 29, 2026 at 3:00p.m. in the courtroom of The Honorable John R. Tunheim.

Dated: September 23, 2026

*s/ Matthew D. Forbes*
MATTHEW D. FORBES, AUSA

## WRIT OF HABEAS CORPUS

(X )Ad Prosequendum ( )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 23, 2026
Date

*s/David T. Schultz*
THE HONORABLE DAVID T. SCHULTZ
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 2026016347 | DOB: | XX/XX/1967 |
| Facility Address: | Hennepin County Jail | Race: | Caucasian |
| | | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Homicide | | |

**RETURN OF SERVICE**

**Executed on** ______________________ **by** ______________________ ______________________
(Signature)